No. 2591. Berríos, Appellee, v. López, Appellant. — First District Court of San Juan. Decided May 4, 1922. Motion by the appellant withdrawing the appeals. *Appeals withdrawn.*

No. 1926. People, Appellee, v. Rivera, Appellant. — Second District Court of San Juan. Aggravated assault and battery. Decided May 8, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 2735. Morales, Appellee, v. Rosado, Appellant. — District Court of Mayagüez. Dominion title proceedings. Decided May 9, 1922. Motion by the appellee for dismissal. *Dismissed.*

No. 2744. Forteza, Appellee, v. Doe et al., Appellants. District Court of Humacao. Cancelation of mortgages. Decided May 9, 1922. Motion by the appellants withdrawing the appeal. *Appeal withdrawn.*

No. 2734. Torruella et al., Appellees, v. Mata et al., Appellants. — District Court of Ponce. Recovery of inheritance. Decided May 9, 1922. Motion by the appellees for dismissal. There was no statement of the case and the transcript was not filed in time. *Dismissed.*

No. 1923. People, Appellee, v. Petterson, Appellant. — First District Court of San Juan. Aggravated assault and battery. Decided May 9, 1922. There was no bill of exceptions or transcript of the evidence and the error committed was not fundamental. *Modified and affirmed.*

No. 2689. Centeno, Appellee, v. Díaz et al., Appellants. — District Court of Humacao. Unlawful detainer. Decided May 11, 1922. The appellants did not present any good ground in support of the only assignment of error. *Affirmed.*